IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

JUL 23 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 24-40041-JPG |
| | ) | |
| DARRIN CATES, | ) | |
| | ) | Title 18 |
| | ) | United States Code, |
| Defendant. | ) | Sections 1466A(b)(1). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Possession of Obscene Visual Representation of Sexual Abuse of Children

On or about October 3, 2023, in Williamson County, within the Southern District of Illinois,

**DARRIN CATES,**

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, having previously been convicted of an offense under Title 18, United States Code, Section 2252, did knowingly possess a visual depiction of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and is obscene, in violation of Title 18, United States Code, Section 1466A(b)(1).

Prior to committing this offense, the defendant has a prior conviction under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, to wit: a conviction in 2017 for Possession of Child Pornography in the District of Maine.

DAVID D. DEAN
Assistant United States Attorney

RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention