FILED

MAY 2 0 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
vs.                             )   CRIMINAL NO. 24-cr-40041-JPG
                                )
DARRIN CATES,                   )
                                )   Title 18
                                )   United States Code,
            Defendant.          )   Sections 1466A(b)(1).

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
**Possession of Obscene Visual Representation of Sexual Abuse of Children**

On or about October 23, 2023, in Williamson County, within the Southern District of Illinois,

**DARRIN CATES,**

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, having previously been convicted of an offense under Title 18, United States Code, Section 2252, did knowingly possess a visual depiction of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and is obscene, in violation of Title 18, United States Code, Section 1466A(b)(1).

### COUNT 2
**Possession of Obscene Visual Representation of Sexual Abuse of Children**

On or about March 19, 2024, in Williamson County, within the Southern District of Illinois,

**DARRIN CATES,**

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, having previously been convicted of an

offense under Title 18, United States Code, Section 2252, did knowingly possess a visual depiction of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and is obscene, in violation of Title 18, United States Code, Section 1466A(b)(1).

### COUNT 3
### Possession of Obscene Visual Representation of Sexual Abuse of Children

On or about July 7, 2024, in Williamson County, within the Southern District of Illinois,

**DARRIN CATES,**

defendant herein, at FCI-Marion, a federal correctional institution and place within the special maritime and territorial jurisdiction of the United States, having previously been convicted of an offense under Title 18, United States Code, Section 2252, did knowingly possess a visual depiction of a minor engaging in sexually explicit conduct (as defined in 18 U.S.C. § 2256(2)) and is obscene, in violation of Title 18, United States Code, Section 1466A(b)(1).

DAVID D. DEAN
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2025.05.15
11:52:55 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention